**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

# NOT DESIGNATED FOR PUBLICATION

Jonathan Clyde Vidrine
West & Vidrine
510 West Magnolia
Ville Platte LA 70586

**REHEARING ACTION: June 6, 2018**

**Docket Number: 17   00961-CA**

**REAL ESTATE DE LOUISIANE, INC.**
**VERSUS**
**ALLEN/LABORDE**

**Appealed from St. Landry Parish Case No. 15-C-5325-A**

**<u>BEFORE JUDGES</u>:**

   **Hon. Marc T. Amy**
   **Hon. Shannon J. Gremillion**
   **Hon. Candyce G. Perret**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **William and Melody Allen** has this day been

   **DENIED.**

cc: John Alfred Mouton, III, Counsel for the Appellee